782 A.2d 537

**In re Denver Nicole BAKER, A Minor.**

**Petition of West Mifflin Area School District.**

Supreme Court of Pennsylvania.

Oct. 24, 2001.

### ORDER

**PER CURIAM.**

AND NOW, this 24th day of October, 2001, the Petition for Allowance of Appeal is hereby GRANTED, the Order of the Commonwealth Court is VACATED, and the matter is RE-MANDED for consideration of the merits of the appeal. *See* Pa. O.C. Rule 7.1(a), as amended, effective January 1, 2001.

Jurisdiction relinquished.